UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>WESTLAKE VILLAS, LLC, a California limited liability company; MEER CAPITAL PARTNERS, LLC, a California limited liability company; and WESTLAKE CONSTRUCTION, INC., a California corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | No.  CIV. S-13-1464 LKK/AC<br><br>**ORDER** |

A status conference was held in chambers on October 7, 2013. After hearing, the court orders as follows:

   1. A further status conference is set for December 16, 2013

1

1  at 3: 30 p.m.   The parties shall file updated status reports
2  fourteen (14) days preceding the status conference.
3        IT IS SO ORDERED.
4        DATED:  October 8, 2013.

```
                           /s/ Lawrence K. Karlton
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
```

2