1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   TRAVELERS PROPERTY CASUALTY        No.  CIV. S-13-1464 LKK/AC
     COMPANY OF AMERICA, a
12   Connecticut corporation; ST.
     PAUL FIRE & MARINE INSURANCE
13   COMPANY, a Minnesota              **ORDER**
     corporation,
14
                 Plaintiffs,
15
          v.
16
     WESTLAKE VILLAS, LLC, a
17   California limited liability
     company; MEER CAPITAL
18   PARTNERS, LLC, a California
     limited liability company;
19   and WESTLAKE CONSTRUCTION,
     INC., a California
20   corporation; CLARENDON
     NATIONAL INSURANCE COMPANY, a
21   New Jersey corporation; and
     DOES 1 through 10, inclusive,
22
                 Defendants.
23

24

25        A status conference was held in chambers on October 7, 2013.

26   After hearing, the court orders as follows:

27        1.  A further status conference is set for December 16, 2013

28
                                   1

1  at 3: 30 p.m.  The parties shall file updated status reports

2  fourteen (14) days preceding the status conference.

3      IT IS SO ORDERED.

4      DATED:  October 8, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2