UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTLAKE VILLAS, LLC, a California limited liability company; MEER CAPITAL PARTNERS, LLC, a California limited liability company; and WESTLAKE CONSTRUCTION, INC., a California corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | No.  CIV. S-13-1464 LKK/AC<br><br>**ORDER** |

A status conference was held in chambers on December 16, 2013.  After hearing, the court orders as follows:

1. A further status conference is set for February 10, 2014

1

1 | at 2:00 p.m.  The parties shall file updated status reports
2 | fourteen (14) days preceding the status conference.
3 |     IT IS SO ORDERED.
4 |     DATED:  December 16, 2013.

```
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```