UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>   Plaintiffs,<br><br> v.<br><br>WESTLAKE VILLAS, LLC, a California limited liability company; MEER CAPITAL PARTNERS, LLC, a California limited liability company; and WESTLAKE CONSTRUCTION, INC., a California corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | No.  CIV. S-13-1464 LKK/AC<br><br>**ORDER** |

  This matter is set for further status conference on February 10, 2014. In their updated status report (ECF No. 16), the parties represent that they have reached a tentative settlement

1

1  which they are in the process of finalizing, and they request
2  continuance of the further status conference for sixty days.
3       Good cause appearing, IT IS HEREBY ORDERED that the further
4  status conference set for February 10, 2014 is continued to April
5  14, 2014 at 2:30 p.m.  All parties shall file further status
6  reports not later than fourteen days prior to that date.  The
7  parties are reminded of their obligations under Local Rule 160 in
8  the event a final settlement agreement is reached.
9       DATED:  February 5, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2