**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Jason Chao, Esq. (SBN 250735)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
jchao@aguileragroup.com

Attorneys for Plaintiffs, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
and ST. PAUL FIRE & MARINE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation<br><br>                    Plaintiff,<br><br>          v.<br><br>WESTLAKE VILLAS, LLC, a California limited liability company; MEER CAPITAL PARTNERS, LLC, a California limited liability company; and WESTLAKE CONSTRUCTION, INC., a California corporation; CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation; and DOES 1 through 10 inclusive,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:13-cv-01464-LKK-AC

Hon. Lawrence K. Karlton

**ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE**

Complaint Filed: July 19, 2013
Trial:  Not Set

          Pursuant to stipulation of Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and ST. PAUL FIRE & MARINE INSURANCE COMPANY ("Travelers") and Defendant CLARENDON NATIONAL INSURANCE COMPANY, and good cause existing therefore:

///

///

1       IT IS HEREBY ORDERED that the entire action be and hereby is dismissed **without**

2  prejudice pursuant to FRCP 41(a)(1)(ii).

3

4  Dated:  April 4, 2014.

5

6

7

8                         LAWRENCE K. KARLTON

9                         SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.: 2:13-cv-01464-LKK-AC
**[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE**